DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARGARITA CROWN,**
Appellant,

v.

**MICHAEL MARTINEZ,** Individually, and **NEW DIRECTION SERVICES & DESIGN, INC.,** a dissolved Florida corporation,
Appellees.

No. 4D20-1944

[March 18, 2021]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Robinson, Judge; L.T. Case No. 20-006425 CACE (13).

Edward F. Holodak of Edward F. Holodak, P.A., Plantation, for appellant.

No brief filed on behalf of appellees.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and CIKLIN, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***